IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ERICSSON INC. and<br>TELEFONAKTIEBOLAGET LM ERICSSON<br>    Plaintiffs, Counterclaim<br>    Defendants,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., *et al.*,<br><br>    Defendants, Counterclaim<br>    Plaintiffs. | CIVIL ACTION NO. 6:12-cv-894-LED<br><br><br><br><br><br>JURY TRIAL DEMANDED |

## JOINT MOTION TO DISMISS WITHOUT PREJUDICE

Plaintiffs Ericsson Inc. and Telefonaktiebolaget LM Ericsson ("Ericsson") and Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Telecommunications America, LLC and Samsung Telecommunications America, LLP[1] ("Samsung"), each acting through their duly authorized undersigned counsel of record, announce to the Court that they have reached a settlement that resolves all claims, counterclaims, and defenses asserted by any party to this case. The parties hereby jointly move that all claims and counterclaims by Ericsson against Samsung in this action and all claims and counterclaims by Samsung against Ericsson in this action be hereby dismissed without prejudice, and that the Court enter the accompanying order. Each party shall bear its own costs, expenses and attorneys' fees with respect to these claims and counterclaims.

---

[1] Samsung Telecommunications America, LLP, although a non-existent entity, was inadvertently named in some early pleadings instead of Samsung Telecommunications America, LLC. Consequently, it is included for completeness and to the extent there are any claims or counterclaims by or against this entity in this action.

Dated: January 28, 2014

Respectfully submitted,

**MCKOOL SMITH, P.C.**

| | |
|---|---|
| By: */s/ Theodore Stevenson, III* | */s/ Michael E. Jones* |
| Mike McKool, Jr.<br>Texas State Bar No. 13732100<br>mmckool@mckoolsmith.com<br>Douglas A. Cawley<br>Texas State Bar No. 04035500<br>dcawley@mckoolsmith.com<br>Theodore Stevenson, III<br>Texas State Bar No. 19196650<br>tstevenson@mckoolsmith.com<br>300 Crescent Court, Suite 1500<br>Dallas, Texas 75201<br>Telephone: (214) 978-4000<br>Telecopier: (214) 978-4044<br><br>Sam Baxter<br>Texas State Bar No. 01938000<br>sbaxter@mckoolsmith.com<br>P.O. Box O<br>Marshall, Texas 75671<br>Telephone: (903) 927-2111<br>Fax: (903) 927-2622<br><br>**ATTORNEYS FOR PLAINTIFFS ERICSSON INC. and TELEFONAKTIEBOLAGET LM ERICSSON** | Michael E. Jones<br>E-mail: mikejones@potterminton.com<br>POTTER MINTON<br>110 N College Avenue, Suite 500<br>Tyler, TX 75702<br>(903) 597-8311<br>(903) 593-0846<br><br>Kenneth R. Adamo<br>Texas Bar No. 00846960<br>E-mail: kradamo@kirkland.com<br>David W. Higer<br>E-mail: david.higer@kirkland.com<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, Illinois 60654<br>(312) 862-2000 (Telephone)<br>(312) 862-2200 (Facsimile)<br><br>Gregory S. Arovas, P.C.<br>E-mail: greg.arovas@kirkland.com<br>Jennifer M. Selendy<br>E-mail: jennifer.selendy@kirkland.com<br>Todd M. Friedman<br>E-mail: todd.friedman@kirkland.com<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>(212) 446-4800 (Telephone)<br>(212) 446-4900 (Facsimile)<br><br>Edward C. Donovan<br>E-mail: edward.donovan@kirkland.com<br>KIRKLAND & ELLIS LLP<br>655 Fifteenth Street, N.W.<br>Washington, D.C. 20005<br>(202) 879-5000 (Telephone)<br>(202) 879-5200 (Facsimile)<br><br>Bao Nguyen<br>E-mail: bao.nguyen@kirkland.com<br>KIRKLAND & ELLIS LLP<br>555 California Street |

San Francisco, California 94104
(415) 439-1400 (Telephone)
(415) 439-1500 (Facsimile)

Ruffin Cordell
Texas State Bar No. 04820550
E-mail: Cordell@fr.com
Michael McKeon
D.C. Bar No. 459780
E-mail: McKeon@fr.com
Indranil Mukerji
MA Bar No. 644059
E-mail: Mukerji@fr.com
FISH & RICHARDSON P.C.
1425 K Street, NW, 11th Floor
Washington, DC 20005
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Thomas M. Melsheimer
Texas State Bar No. 1392250
E-mail: melsheimer@fr.com
Thomas H. Reger II
Texas State Bar No. 24032992
E-mail: reger@fr.com
Robert C. Earle
Texas State Bar No. 24002029
E-mail: earle@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, Texas 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-22091

John S. Goetz
N.Y. State Bar No. 429566
E-mail: Goetz@fr.com
FISH & RICHARDSON P.C.
601 Lexington Avenue, 52nd Floor
New York, NY 10022
Telephone: (212) 641-2277
Facsimile: (212) 258-2291

**ATTORNEYS FOR DEFENDANTS SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a)(3)(A) on January 28, 2014.

>  */s/ Theodore Stevenson, III*
>  Theodore Stevenson, III

McKool 961408